| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| MANETIRONY CLERVRAIN, | § § § § | |
| Plaintiff, | | |
| versus | § § | CIVIL ACTION NO. 1:17-CV-313 |
| UNITED STATES OF AMERICA, | § § § § | |
| Defendant. | | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Manetirony Clervrain, proceeding *pro se*, filed this lawsuit. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this lawsuit be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions set forth in the Report are correct and the Report of the magistrate judge is **ADOPTED**. An appropriate final judgment will be entered.

SIGNED at Beaumont, Texas, this 26th day of September, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE